# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3723

_____

| | | |
|---|---|---|
| Gary Barfield, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Dr. Duong Ly, East Arkansas | * | District Court for the Eastern |
| Regional Unit, ADC; Bernard | * | District of Arkansas. |
| Williams, Infirmary Manager, East | * | |
| Arkansas Regional Unit, ADC; Max | * | [UNPUBLISHED] |
| Mobley, Deputy Director of Health | * | |
| Services, Arkansas Department of | * | |
| Correction, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 6, 2002

Filed: March 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gary Barfield challenges the district court's dismissal of Barfield's 42 U.S.C. § 1983 lawsuit after holding a pretrial evidentiary hearing. After careful consideration of all the evidence, the district court concluded there was no evidence from which a jury could find the correctional officials acted with deliberate

indifference to Barfield's serious medical needs. Based on our de novo review, <u>see</u> <u>Randle v. Parker</u>, 48 F.3d 301, 303 (8th Cir. 1995) (standard of review), we agree with the district court and thus affirm the order of dismissal. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.